Dismissed and Memorandum Opinion filed May 13, 2004









Dismissed and Memorandum Opinion filed May 13, 2004.

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-03-00387-CV

____________

 

MICHAEL B. PAGE, INDIVIDUALLY AND
AS TRUSTEE FOR THE PAGE FAMILY TRUST, Appellant

 

V.

 

RENAISSANCE
WINDOWS & DOORS, INC., ANDERSEN WINDOWS INC., AND RENEWAL BY ANDERSEN
CORPORATION, Appellees

 



 

On Appeal from
County Civil Court at Law No. 2

 Harris County, Texas

Trial Court Cause No. 755,974

 



 

M E M O R A N D U M   O P I N I O N

This is an appeal from a judgment signed December 30, 2002.

On April 28, 2004, the parties filed an agreed motion to
dismiss the appeal and cross-appeal because the case has been settled.  See Tex.
R. App. P. 42.1.  The motion is
granted.

Accordingly, the appeal is ordered
dismissed.

PER CURIAM

Judgment
rendered and Memorandum Opinion filed May 13, 2004.

Panel consists
of Justices Yates, Anderson, and Hudson.